**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RICKY HOLLENQUEST, TRYALINA MICHIE,
and DANA RATTI,

                      Plaintiffs,

    -against-                                            21 **CIVIL** 8801 (LTS)

                                                          **<u>JUDGMENT</u>**

CITY OF NEW YORK, JOHN NUGENT, and
JOHN/JANE DOE OFFICERS OF THE 28TH
PRECINCT (names fictitious, true names unknown
intending to be officers of the 28th Precinct on the
date and time alleged),

                      Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 02, 2025, the Defendants' motion to dismiss the Complaint is granted, and Plaintiffs' Complaint is dismissed in its entirety.

**Dated:**  New York, New York

       September 16, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                  **BY:**

                                                                    **Deputy Clerk**